
# United States Court of Appeals
## for the Tenth Circuit

1823 STOUT STREET
DENVER, COLORADO 80257

CARLOS F. LUCERO
CIRCUIT JUDGE

303-844-2200
FAX 844-2201

May 18, 2006

**SELF INITIATED
AMENDMENT**

Committee On Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E., Suite 2-301
Washington, D.C. 20544

Ladies and Gentlemen:

It is my understanding from a conversation with the staff of the Committee following receipt of Chairman Ortrie D. Smith, dated May 16, 2006, that judging at a moot court competition sponsored by a law school is an "expense paid seminar" that requires reporting on Section IV of our Financial Disclosure Statements. This has not been my previous understanding of the rule or the examples provided.

Enclosed in quadruplicate are amended parts IV to this year's Financial Disclosure, as well as amended parts IV for the reporting years 2000, 2001, 2002 and 2004.

Yours truly,



Carlos F. Lucero

CFL/sm
enclosures

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 2 of 9 | LUCERO, CARLOS F | 5/18/06 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☒ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

RECEIVED 2006 MAY 19 A 11: 27 FINANCIAL DISCLOSURE OFFICE

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Duke University Law School | Moot Court Competition |
| 2. | University of Pennsylvania Law School | Participation in Latin American Law School Association Program |
| 3. | Cornell University Law School | Moot Court Competition |
| 4. | Yale University Law School | Moot Court Competition |
| 5. | George Washington University Law School | Participation in Symposium on the Legacy of the Rehnquist Court |
| 6. | University of California at Los Angeles | Moot Court Competition |

| Name of Person Reporting | Date of Report |
|---|---|
| LUCERO, CARLOS F | 5/18/06 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. American Bar Association | Participation with Justice Breyer, et al., on the ABA Commission program to Commemmorate the 50th Anniversary of Brown v Board of Ed. |
| 2. | |
| 3. | |
| 4. | |
| 5. | |
| 6. | |

| Name of Person Reporting | Date of Report |
|---|---|
| LUCERO, CARLOS F | 5/18/06 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

*[Received stamp: FINANCIAL DISCLOSURE OFFICE — 2006 MAY 19 A 11: 2 — RECEIVED]*

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Cornell University Law School | Moot Court Competition |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |

2001

# FINANCIAL DISCLOSURE REPORT
Page 2 of 9

| Name of Person Reporting | Date of Report |
|---|---|
| LUCERO, CARLOS F | 5/18/06 |

AMENDED

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]  NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X]  NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RECEIVED
2006 MAY 19 A 11: 27
FINANCIAL DISCLOSURE OFFICE

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ]  NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. University of Southern California Law School | Moot Court Competition |
| 2. | |
| 3. | |
| 4. | |
| 5. | |
| 6. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Notre Dame University Law School | Moot Court Competition |
| 2. | George Washington University Law School | Moot Court Competition |
| 3. | American Bar Association | Appellate Judges Planning Conference |
| 4. | | |
| 5. | | |
| 6. | | |

RECEIVED 2006 MAY 19 A 11: 27 FINANCIAL DISCLOSURE OFFICE

| AO 10 Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2005 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) LUCERO, CARLOS F | 2. Court or Organization US COURT OF APPEALS-10TH CIR | 3. Date of Report 05/16/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) ARTICLE III JUDGE-ACTIVE | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2005 to 12/31/2005 |
| 7. Chambers or Office Address 1823 STOUT STREET DENVER, COLORADO 80257 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. PRESIDENT & DIRECTOR | CARLOS F. LUCERO, PROFESSIONAL CORPORATION |
| 2. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|

| Name of Person Reporting | Date of Report |
|---|---|
| LUCERO, CARLOS F | 05/16/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|

| Name of Person Reporting | Date of Report |
|---|---|
| LUCERO, CARLOS F | 05/16/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. ESTATE OF MARIA MEDINA | INSTALLMENT NOTE TO PURCHASE 1/2 INTEREST IN ███ ███ RIO ARRIBA COUNTY, N.M. | K |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LUCERO, CARLOS F | 05/16/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ▪COMMERCIAL BUILDING, ALAMOSA COUNTY, CO | E | Rent | M | W | | | | | |
| 2. ▪APARTMENTS; ALAMOSA COUNTY, CO | E | Rent | M | W | | | | | |
| 3. ▪1/4 SECTION FARM LAND; CONEJOS COUNTY, CO | A | Rent | K | W | | | | | |
| 4. SINGLEUNIT RENTAL. ALAMOSA COUNTY, CO | | None | K | W | SEE * 4 | | | | |
| 5. 1/2 INTEREST IN ▪▪▪▪ RIO ARRIBA COUNTY, NM | | None | L | R | SEE *5 | | | | |
| 6. ▪VACAANT LOT; JEFFERSON COUNTY, CO | | None | L | W | | | | | |
| 7. LOS HERMANOS LUCEROS, LTD PARTNERSHIP (14% INTEREST) | E | Dividend | M | U | SEE *1 | | | | |
| 8. CARLOS F, LUCERO, P.C. (100% STOCK) | E | Dividend | J | U | SEE *2 | | | | |
| 9. ▪LCM, INC. (100% MUTUAL FUNDS) | E | Dividend | O | T | SEE *3 | | | | |
| 10. TD WATERHOUSE, IRA BROKERAGE ACCOUNT | | | | | | | | | |
| 11. –DWS A FLAG INVESTORS COMMUN. | | | | | BUY | 01/11 | K | | |
| 12. --DWS A FLAG INVESTORS COMMUN. | | | | | SELL | 03/07 | K | | |
| 13. --DWS A MICRO CAP | | | | | SELL | 01/11 | K | | |
| 14. –EMERALD BANKING & FINANCE | | | | | SELL | 02/23 | L | A | |
| 15. --ICON HEALTHCARE FUND | E | Dividend | J | T | BUY | 02/24 | L | | |
| 16. --ICON HEALTHCARE FUND | | | | | BUY | 03/08 | K | | |
| 17. –SHARES MSCI EMERGING MARKET INDEX | | | | | SELL | 03/29 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| LUCERO, CARLOS F | 05/16/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --ISHARES MSCI JAPAN FUND | | | | | BUY | 11/08 | L | | |
| 19. --ISHARES RUSSELL 1000 GROWTH INDEX | A | Dividend | L | T | BUY | 06/03 | L | | |
| 20. --ISHARES S&P LATIN AMERICA 40 INDEX | | | | | SELL | 04/15 | K | | |
| 21. --ISHARES S&P LATIN AMERICA 40 INDEX | | | | | SELL | 03/23 | K | | |
| 22. --ISHARES S&P LATIN AMERICA 40 INDEX | | | | | BUY | 06/03 | K | | |
| 23. --ISHARES S&P LATIN AMERICA 40 INDEX | | | | | SELL | 10/20 | L | D | |
| 24. --RYDEX 1 INVERSE RUSSELL 2000 | | | | | BUY | 08/25 | L | | |
| 25. --RYDEX 1 INVERSE RUSSELL 2000 | | | | | SELL | 08/31 | L | | |
| 26. --RYDEX 1 INVERSE RUSSELL 2000 | | | | | BUY | 10/05 | L | | |
| 27. --RYDEX 1 INVERSE RUSSELL 2000 | | | | | SELL | 11/02 | L | | |
| 28. --RYDEX 1 SMALL CAP GROWTH | | | | | BUY | 06/03 | L | | |
| 29. --RYDEX 1 SMALL CAP GROWTH | | | | | SELL | 08/25 | L | C | |
| 30. --RYDEX 1 SMALL CAP GROWTH | | | | | BUY | 11/02 | L | | |
| 31. --RYDEX 1 SMALL CAP FUND | | | | | BUY | 08/31 | L | | |
| 32. --RYDEX 1 SMALL CAP VALUE | | | | | SELL | 10/05 | L | | |
| 33. --SUN AMEREICA A FOCUS MULTICAP VALUE FUND | | | | | BUY | 02/23 | L | | |
| 34. --SUN AMERICA A FOCUS MULTICAP VALUE FUND | | | | | SELL | 04/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LUCERO, CARLOS F | 05/16/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --SUN AMERICA A FOCUS TECHNET | | | | | SELL | 02/23 | L | | |
| 36. █TD WATERHIOUSE BROKERAGE ACCOUNT | | | | | | | | | |
| 37. --BRAZOS MUT FDS MICRO CAP PORTFOLIO CL Y | A | Dividend | | | SELL | 05/13 | K | A | |
| 38. --DIAMOND HILL FOCUS LONG SHORT FUND CL A | A | Dividend | K | T | BUY | 02/25 | K | | |
| 39. --EMERALD MUTUAL FUNDS SELECT BKG & FIN FD CL A | A | Dividend | | | SELL | 02/23 | K | A | |
| 40. --HARRIS ASSOC INVT TR-OAKMARK SELECT FUND | A | Dividend | | | SELL | 10/13 | L | C | |
| 41. --HUSSMAN INVT TR-STRATEGIC GROWTH FUND | C | Dividend | K | T | | | | | |
| 42. --ICON FUND-LONG/SHORT FUND CL I | A | Dividend | | | SELL | 10/13 | L | A | |
| 43. --ICON FUND-HEALTHCARE FUND | A | Dividend | K | T | | | | | |
| 44. --LEUTHOLD GRIZZLEY SHORT FUND | | | | | BUY | 10/26 | L | | |
| 45. --LEUTHHOLD GRIZZLEY SHORT FUND | | | | | SELL | 12/13 | K | | |
| 46. --LEUTHHOLD CORE INV FUND | C | Dividend | L | T | BUY | 10/17 | L | | |
| 47. --PIMCO A ALL ASSET FUND | A | Dividend | | | BUY | 06/02 | K | | |
| 48. --PIMCO A ALL ASSET FUND | | | | | SELL | 12/12 | K | | |
| 49. --RYDEX SER FD-INVERSE SMALLCAP FUND CL H | A | Dividend | K | T | BUY | 12/30 | K | | |
| 50. █ CHARLES SCHWAB & CO, INC. BROKERAGE ACCOUNT | | | | | | | | | |
| 51. --FIRST DATA CORPORATION | A | Dividend | | | SELL | 04/07 | K | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --SCHWAB 1000 INDEX FUND | | None | | | SELL | 05/31 | K | C | |
| 53. EQUITABLE LIFE ASSURANCE SOCIETY - ANNUITY | D | Dividend | M | W | SEE * 2 | | | | |
| 54. SAFECO LIFE INSURANCE COMPANY - ANNUITY | D | Dividend | M | W | SEE * 2 | | | | |
| 55. COLORADO BONDSHARES | E | Dividend | N | T | | | | | |
| 56. ▮ LCM 3, LLC (SEE * 6) | | None | J | U | BUY | 05/28 | K | | |
| 57. | | | | | | | | | |
| 58. | | | | | | | | | |
| 59. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LUCERO, CARLOS F | 05/16/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

*1.  Assets over $ 10,000 value consist of ████ ranch, land, water rights, equipment, livestock, and related propety.

*2.  Assets over $ 10,000 value consist of law partnership income earned prior to June 30, 1995 in the form of annuities.  For tax purposes, annuity income is reported by CFL, P.C.

*3.  Assets over $ 10,000 value consists of mutual funds.

*4.  House was destroyed by fire on JUly 25, 2004.  Insurance company paid $ 95,206 for damages in 2004 and $ 5,823 in 2005.

*5.  Land was purchased on January 1, 2003 for $ 50, 174 from the estate of Maria Medina.  Property subject to mortgage (Part VI, Line 1).

*6  Assets of LCM 3 llc consist of oil/gas investments in Avanti Exploration, LLC.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____  Date _5/15/2006_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544